93000/FR2483/02147433-1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA GRIGSBY, an individual; IVERY WALTERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK N.A.; CLEAR RECON CORP and DOES 1-10,<br><br>Defendants. | CASE NO.: CV 17-9249-GW-ASx<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[*Assigned to the Hon. George H. Wu*] |

On August 30, 2018, the Court issued an Order (Dkt. 58) granting the Motion of Defendant Wells Fargo Bank, N.A. (successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells Fargo") to Dismiss Plaintiffs' Third Amended Complaint.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is hereby dismissed with prejudice;

2. Judgment is entered in favor of defendant Wells Fargo and against plaintiffs Marsha Grigsby and Ivery Walters on the Third Amended Complaint and all causes of action alleged therein;

3. Plaintiffs shall take and recover nothing in this action from defendant Wells Fargo; and

4. As the prevailing party, Wells Fargo shall be entitled to file motions to tax costs and for attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 18, 2018

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

93000/FR2483/02147433-1

2

CASE NO.: CV 17-9249-GW-ASX
[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On September 14, 2018, I served the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**

on the interested parties in said case as follows:

**Served By Means Other Than Via The Court's CM/ECF System:**

*Attorneys for Plaintiff:*

Patricia Rodriguez, Esq.
RODRIGUEZ LAW GROUP, INC.
1492 W. Colorado Blvd., Suite 120
Pasadena, CA 91105

Tel: (626) 888-5206          Fax: (626) 282-0522

prod@attorneyprod.com

**[X]     BY OVERNIGHT DELIVERY - GSO DELIVERY SERVICE:** I am readily familiar with the firm's practice of collection and processing correspondence and documents for service by overnight delivery. Under that same practice it would be deposited with **GSO Delivery Service** at Pasadena, California, on that same day, with charges made to our account with **GSO Delivery Service** in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on September 14, 2018.

| Jill Ashley | /s/ Jill Ashley |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR2483/02147433-1

CASE NO.: CV 17-9249-GW-ASX
CERTIFICATE OF SERVICE